## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 326** |
| vs. ) | |
| ) | Hon. Maria Valdez |
| JUAN LUIS LULE ) | |

The undersigned Affiant personally appeared before  Maria Valdez , a United States Magistrate Judge, and being duly sworn on oath, states: That at Laredo, in the Southern District of Texas , one, JUAN LUIS LULE , was charged in a Petition for Warrant or Summons for Offender Under Supervision with violations of supervised release, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant of Arrest is outstanding for the arrest of said defendant. (See Exhibit A - Warrant of Arrest and Petition for Warrant or Summons for Offender Under Supervision.)

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
BRENT MORAN
Deputy Marshal
United States Marshals Service

Subscribed and Sworn to before me this
17th day of  April , 2008.

_____
MARIA VALDEZ
United States Magistrate Judge

FILED
4-17-08
APR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MEGAN CUNNIFF CHURCH
Assistant U.S. Attorney

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Southern District of Texas

UNITED STATES OF AMERICA

V.

Juan Luis Lule

**WARRANT FOR ARREST**

Case Number:  5:02cr481-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Juan Luis Lule _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ✔ Violation Notice   ☐ Pretrial Release Violation

charging him or her     (brief description of offense)

**Supervised Release Violation**

in violation of Title _____ United States Code, Section(s) _____

Hon. Michael N. Milby                           U.S. District Clerk
Name of Issuing Officer                         Title of Issuing Officer

/s/ Debbie Flores                               March 25, 2008 at Laredo, Texas
Debbie Flores, Deputy Clerk                     Date and Location
Signature of Issuing Officer

Bail fixed at $ No bond set            by     US District Judge Micaela Alvarez
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(07/08)
United States District Court
Southern District of Texas

MAR 2 4 2008
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2008

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Juan Luis Lule | Case Number: | 5:02CR00481-001 |

Name of Sentencing Judge: The Honorable Keith P. Ellison

Date of Original Sentence: August 28, 2002

Original Offense: Illegal re-entry into the United States after deportation, in violation of 8 U.S.C. § 1326(a) and 1326(b)(2).

Original Sentence: Forty-six months custody, three years supervised release, if deported, ordered to not to return to the United States illegally, and ordered to pay a $100.00 special assessment.

Type of Supervision: Supervised Release      Supervision Started: August 11, 2005

Assistant U.S. Attorney: Jose A. Flores      Defense Attorney: Tito Alfaro

---

### EARLIER COURT ACTION
None.

---

### PETITIONING THE COURT

<u>TO ISSUE A WARRANT</u> for defendant located at <u>Midlothian, Illinois</u>

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Law Violation: Re-entry of a deported alien. |
| 2. | Violation to the special condition ordering the defendant not to return to the United States illegally. |

Details: On August 16, 2005, the defendant was removed from the United States via Brownsville, Texas. On November 23, 2007, the defendant was arrested by the Oak Lawn Police Department in Oak Lawn, Illinois. The United States Probation Office discovered the arrest via an F.B.I. flash notice. As evidenced by his arrest, the defendant returned to the United States illegally.

| | |
|---|---|
| 3. | New Law Violation: Possession of Cannabis. |

RE: Juan Luis Lule
Dkt. No.: 5:02CR00481-001

2

4. New Law Violation: Speeding over the statutory limit.

5. New Law Violation: Failure to signal when required.

6. New Law Violation: Not wearing a seatbelt.

7. New Law Violation: No Valid Driver's license.

8. New Law Violation: No proof of insurance.

9. New Laws Violation: Disobey traffic control signal.

Details: On or about November 23, 2007, the defendant was apprehended by the Oak Lawn Police Department in Oak Lawn, Illinois. The defendant was stopped after he registered a traveling speed of 52mph in a 35mph zone. While Officer Erikson Ebenau was in pursuit, he witnessed the defendant change lanes without using a turn signal. At the encounter, Officer Ebenau approached the defendant and noticed that the defendant was not wearing his seat belt. The defendant was asked for his driver's license by the officer, to which the defendant responded that he did not have a valid driver's license or proof of insurance as he had just recently purchased the vehicle. The defendant was taken into custody and transported to the station. Once at the station, the defendant was patted down and in the process, a small plastic baggy containing a green leafy substance was discovered inside the defendant's right shoe. A field test was conducted on the substance which returned a positive reading for cannabis. In addition, the defendant was found in possession of a social security card that he admitted purchasing for $120.00. The defendant further stated that the officer that he did not possess any legal U.S. documents. The defendant was released on a bond and pending a hearing on May 19, 2008, in Case Number 07-500962201 at the Bridgeview Courthouse in Bridgeview, Illinois. The defendant is currently on court supervision until his May 19, 2008, court date.

10. New Law Violation: Speeding over the statutory limit.

11. New Law Violation: Fleeing Police.

12. New Law Violation: No proof of Insurance.

13. New Law Violation: No Valid Driver's License.

Details: On or about February 23, 2008, the defendant was arrested by Posen Police Department. The defendant was locked by Officer William Alexander traveling at a speed of 56 mph n a 35mph zone. Officer Alexander attempted to conduct a traffic stop on the vehicle which had slowed down to 30mph, but did not stop. The defendant continued traveling increasing speed to which Officer Alexander discontinued pursuit on the defendant. Officer Alexander exited the interstate at the nearest exit and took the turn around when he noticed the defendant's vehicle stuck in traffic at a traffic signal ahead. The defendant was ordered out of his vehicle and taken into custody. The defendant was transported to the Pose Police Department for processing and cited with the above noted offenses. The defendant was released on a $100.00 bond and pending a Court hearing on March 21, 2008, at the Markham Court House in Markham, Illinois, in Case Number YM-118713.

RE: Juan Luis Lule                                                                                                          3
Dkt. No.:    6:92CR00481-001

U.S. Probation Officer Recommendation: That a warrant be issued and no bond be set.

[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for years, for a total term of years.

[ ]   The conditions of supervision should be modified:

                                                              I declare, under penalty of perjury, that the
                                                              foregoing is true and correct to the best of
                                                              my knowledge.

Approved:                                                     Respectfully submitted:

_____                          by         _____
Peter Medellin, Supervising                                   Gary Wise
U.S. Probation Officer                                        U.S. Probation Officer
                                                              March 18, 2008

RE:  Juan Luis Lule                                                                                                                4
Dkt. No:  5:02CR00481-001

THE COURT ORDERS:

[ ]  No Action

[X]  The Issuance of a Warrant, and no bond.

[ ]  The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ]  The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ]  That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ]  That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case # _____.

[ ]  That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ]  Other:

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By _____
Deputy Clerk

_____
Micaela Alvarez
U. S. District Judge

_____
Date