## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 326 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Juan Luis Lule | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 4/17/08. Defendant appears in response to the arrest on 4/17/08. Defendant waives identity hearing. Defendant informed of his rights. Enter order appointing R. Ryan Sholl/ Amanda Williamson of the Federal Defender Program as counsel for defendant for the removal proceedings only. Defendant is not contesting that he is the person charged in the petition and warrant. Defendant agrees not to contest removal in custody. Order defendant removed the Southern District of Texas as soon as possible to face the charges there pending against him

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|