# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   USA

v.

Juan Luis Lule

Case Number:

~~5:02cr481-01~~

08 CR 326
326

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**
4-17-08
APR 17 2008

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| |
|---|
| NAME (Type or print) R. Ryan Stoll / Amanda Williamson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM Pro Bono on Behalf of Public Defender's Office |
| STREET ADDRESS 333 W. Wacker Dr. |
| CITY/STATE/ZIP Chicago IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6204569 | TELEPHONE NUMBER 312-407-0700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☒