UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
April 18, 2008

Southern District Court of Texas
United States Courthouse
1300 Victoria St.
Laredo, Texas 78040

**FILED**
4-18-08
APR 1 8 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Re: USA v. Juan Luis Lule

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 326 | _X_ Order of Removal dated: 4/17/08 |
| X Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| ____ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Laura Springer_
Deputy Clerk