MHN

**FILED**
APR 28 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Ben Minor   C. Date of Delivery: 4-21-08
D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

   Soutern District Court of Texas
   United States Courthouse
   1300 Victoria St.
   Laredo, TX 78040

3. ☐ Express Mail  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 9119 0643

PS Form 3811, February 2004   Domestic Return Receipt   08CR326   102595-02-M-1540

FILED APR 28 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

08CR326

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

RECEIVED
APR 28 2008
M.W. DOBBINS
CLERK, U.S. DISTRICT COURT

#1702